THE STATE OF OHIO, APPELLEE, *v.* PEEPLES, APPELLANT.

[Cite as *State v. Peeples* (1994), 71 Ohio St.3d 349.]

(No. 94–1967—Submitted November 15, 1994—Decided December 23, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *L. Christopher Frey,* Assistant Prosecuting Attorney, for appellee.

*Kavin Peeples, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.